Opinion issued July 28, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00290-CV

———————————

In re Hartford Casualty insurance company, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          Relator,
Hartford Casualty Insurance Company, has filed a petition for writ of mandamus,
challenging the trial court’s order denying relator’s motion to compel
appraisal and motion to stay proceedings pending appraisal.  While relator’s petition was pending, the
underlying case was dismissed with prejudice because the parties reached a
settlement.[1]  Relator informed the Court that it no longer
seeks mandamus relief.   

Accordingly, we dismiss relator’s
petition for writ of mandamus.  

PER CURIAM

Panel
consists of Justices Jennings, Bland, and Massengale.

 











[1]
          The underlying case is Sparkle Corp., Sparkle Sign Co., Inc.,
J&M Leasing Inc., and Behzad Industries of Texas, Inc. v. Hartford Casualty
Insurance Company and Cody Randall Hartman, No. 2009-52200, in the 189th
District Court of Harris County, Texas, the Honorable William R. Burke
presiding.